Bryan Evan Singer, Pro Se
Fed. Reg. No: 17463-104
Federal Medical Center
P.O. Box 15330
Fort Worth, Texas 76119-0330

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT    NOV - 1 2019
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

Bryan Evan Singer,

    Plaintiff,

vs.

United States of America,

    Defendant.

§
§
§
§
§
§
§
§
§
§

BY
DEPUTY⸺

Case No: 1:19cv 551

---

## CIVIL COMPLAINT
### Pursuant to the Federal Tort Claims Act

---

1.   COMES NOW, Bryan Evan Singer, Plaintiff, Pro Se, hereby submits this civil complaint, pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §2671, et seq, for relief from the commission of tortious acts.

### Jurisdiction and Venue

2.   Plaintiff has complied with all pre-suit requirements of 28 U.S.C. §2671, et seq. Specifically on April 29, 2019, Plaintiff served the Dept. of Justice with a claim (Form SF95) detailing the tortious acts (See Exhibit 'A'). Respondent acknowledged receipt on May 3, 2019 (See Exhibit 'B'). Plaintiff then sent a follow-up letter once an investigator met with Plaintiff and amended the claim on May 27, 2019 (See Exhibit 'C'). Respondent denied the claim on September 3, 2019 (See Exhibit 'D'). Plaintiff then requested reconsideration with attached clarification on September

-Civil Complaint Page 1-

28, 2019 (See Exhibit 'E') and a final denial from Respondent on October 11, 2019 (See Exhibit 'F').

Plaintiff has demonstrated attempts to settle this matter by exhausting the claims process.

This Court has jurisdiction under 28 U.S.C. §1346(b)(1).

Venue is proper in the Eastern District of Texas, pursuant to 28 U.S.C. §1391 (b)(2) because the events or omissions giving rise to the claims occured within the district.

## Claims

On or about March 14, 2019, Crown #10 fell off and I quickly took care to place it in a clear medicine bottle in my locker so I could have it re-affixed the following week. On March 19, 2019, I packed my own property and personally delivered it to the camp "message center". There were two Correctional Officers on duty. I can only describe one who then took my property, placed it in the hallway and drove me to the FCI Beaumont (Low), separate housing unit (SHU), without any inventory of my property. The following day I wrote to the camp Admin. (Ms. Bobs) and requested that my Crown be brought to me so I could see the dentist. No response was ever received from Ms. Bobs. That same evening, the neighboring tooth broke, and the Veneer protecting the other tooth came off.

On March 27, 2019, I went to the dental clinic, but my Crown was not brought. I did have my Veneer with me. However, the dentist, Dr. Driver, let me know that the Veneer was not restor-able and told me to come back with my Crown.

I returned to the camp on April 16, 2019. This is when I realized that much of my property was missing. My property that

-Civil Complaint Page 2-

remained was given to me without an inventory by C.O. Joseph. I immediately made an attempt to resolve the missing property with Ms. Bobs, who simply gave me a SF95 form. I searched my property again and could not find the items listed on SF95 form dated April 29, 2019.

Subsequently, another inmate (Mario De La Fuentes) had "guarded" my size 15 shoes and gave them back to me about a week or so after my return. According to BOP Program Statement 5580.08 (Excerpt is included as Exhibit 'G') Storage areas must be secured with limited staff access and no inmate access.

The camp storage area is also the inmate supply closet and is routinely left unlocked with access to inmates. Completion of Form BP-A0383, Inmate Personal Property Record shall be completed as a minimum when an inmate status requires such action. This form was not done.

On May 26, 2019, Lt. Pittman came to investigate the loss. At this time I had returned to the SHU due to a basketball injury that was under investigation and thus all my property was at R&D at the camp. Lt. Pittman brought the dentist, Dr. Driver, who did an exam and recalled the Veneer. The doctor confirmed a Crown was missing and the exam was over. Lt. Pittman searched my property and located my shoes, which I amended my claim to reflect the new dollar amount.

On September 3, 2019, a denial came, to which I responded a reconsideration letter which clarified and provided dental records, since I do have multiple Crowns installed. The reconsideration was denied on October 11, 2019.

-Civil Complaint Page 3-

This claim is for $2,564.10: Dental Crown ($2,500); Grey towel ($6.65); Shower shoes ($8.45); Toe nail clipper ($1.05); Nail clippers ($1.15); Headphones ($12.95); Stamps, 40 ($22.00); Dove soap, 2 ($4.20); tweezers ($1.15); and Copy card ($6.50). The receipts are attached (See Exhibit 'H').

## Prayer

Plaintiff requests the Court to render judgment against the Defendant in the sum of $2,564.10 plus Court costs.

## Declaration

3.   The Plaintiff, Bryan Evan Singer, hereby swears that the statements made in this complaint are true and correct to the best of his knowledge and information. This declaration is made under the penalty of perjury, pursuant to 28 U.S.C. §1746(2). RESPECTFULLY SUBMITTED this 22nd day of October, 2019

_____
Bryan Evan Singer, Pro Se

_Civil Complaint Page 4-

# ADDENDUM TO CIVIL COMPLAINT

1. THIS ADDENDUM IS MEANT TO PROVIDE A CLEARER NARRATIVE AND SHOW NEGLIGENCE ON THE PART OF THE BUREAU OF PRISONS (BOP)

2. WHEN AN INMATE IS PLACED IN SHU, BOP PROGRAM STATEMENT 5580.08 APPLIES. IN THIS CASE, THE TWO CORRECTIONAL OFFICERS ON DUTY THE EVENING OF MARCH 19, 2019, FAILED TO PERFORM THE MINIMUM REQUIREMENT OF THE COMPLETION OF FORM BP-A0383. FURTHER THE ADMINISTRATIVE STAFF, IN PARTICULAR THE CAMP ADMIN (MS. Bobs) FAILED TO RESPOND TO WRITTEN REQUESTS. IN ADDITION THE RECEIVING AND DISCHARGE (R+D) OFFICER, CO JOSEPH FURTHER FAILED TO ADHERE TO BOP POLICY TWOFOLD. BY FAILING TO HAVE AN INVENTORY AND HAVING INMATES ACCESS PERSONAL PROPERTY IN AN UNSECURE AREA.

3. THE R+D OFFICE USES THE UTILITY STORAGE CLOSET (WHICH IS NOT SECURE) TO STORE INMATE PERSONAL PROPERTY.

4. THE REGIONAL LEGAL COUNSEL MAY NOT UNDERSTAND THAT THE CROWN IN QUESTION IS FROM A DIFFERENT TOOTH. Dr DRIVER, DDS CONFIRMED AN ADDITIONAL CROWN WAS MISSING.

- CIVIL COMPLAINT PAGE 5 -

BRYAN SINGER, PRO-SE

22OCT19

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| Submit To Appropriate Federal Agency: REGIONAL LEGAL COUNSEL SOUTH CENTRAL REGIONAL OFFICE US ARMED FORCES RESERVE COMPLEX 344 MARINE FORCES DR. GRAND PRAIRIE, TX 75051 | 2. Name, Address of claimant and claimant's personal representative, if any: (See Instructions on reverse.) (Number, street, city, State and Zip Code) SINGER, BRYAN E. 17463-104 FPC Beaumont PO BOX 26010 BEAUMONT, TX 77720 |
|---|---|

| TYPE OF EMPLOYMENT □ MILITARY □ CIVILIAN N/A | 4. DATE OF BIRTH 15 MAR 72 | 5. MARITAL STATUS MARRIED | 6. DATE AND DAY OF ACCIDENT 19 MAR 19 | 7. TIME (A.M. OR P.M.) 20:00 |
|---|---|---|---|---|

Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.) ON 19 MAR 19. I PACKED MY OWN PROPERTY AND TOOK THEM TO THE MESSAGE CENTER TO CO___, FROM THERE I WENT TO SHU. UPON RETURN MANY ITEMS WERE MISSING. I HAD MADE REPEATED REQUESTS TO THE CAMP ADM W FOR SOME OF MY PROPERTY (eg DENTAL CROWN, LEGAL DOCS), BUT NEVER GOT THEM. UPON RETURN I WAS MISSING THE FOLLOWING: GREY TOWEL (1) $6.65, 11-21-18, SHOWER SHOE $8.45 3-12-19, RUNNING SHOE $99.45 2-28-19, TOE CLIPPER $1.05 8-21-18, NAIL CLIPPER $1.15, HEADPHONES $12.95 11-21-18, STAMPS (40) $22.00 3-12-19, DOVE SOAP(2) $4.20 3-12-19, TWEEZERS $1.15 10-10-18 COPY CARD $6.50 1-8-19 + DENTAL CROWN $2500 (APPX).

### PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

SAME AS #2

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.) PROPERTY WAS PERSONAL ITEMS AND A DENTAL CROWN, IT WAS MISSING UPON RETURN FROM SHU.

### PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
N/A

### WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| N/A | N/A |

Instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| 2664.05 | N/A | N/A | $2664.05 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side.) | 13b. Phone number of signatory NONE | 14. DATE OF CLAIM 29 APR 19 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

"EXHIBIT A" (1)

Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

### Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations; Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden.

to   Director, Torts Branch
      Civil Division
      U.S. Department of Justice
      Washington, DC  20530 .

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC  20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?   ☐ Yes, if yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number.   ☒ No

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| N/A | |

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?   (It is necessary that you ascertain those facts)

N/A

19. Do you carry public liability and property damage insurance?   ☐ Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code)   ☒ No

"EXHIBIT A" (2)

SF 95 (Rev. 7-85) BA



**U.S. Department of Justice**

**Federal Bureau of Prisons**

**South Central Regional Office**

---

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, TX   75051*

May 7, 2019

Bryan Singer
Reg. No. 17463-104
FCI Beaumont Low
P.O. Box 26020
Beaumont, TX 77720

Re:  Administrative Tort Claim - TRT-SCR-2019-04016

Mr. Singer:

This acknowledges our receipt of your BP-A0943 *Small Claims for Property Damage or Loss* form dated April 29, 2019.  The Federal Bureau of Prisons received your claim for processing on May 3, 2019.

Claims processed pursuant to 31 U.S.C. § 3723 normally receive a response within six months.  Accordingly, you may expect a response from this office on or before November 3, 2019.

Please note, it is your responsibility to keep us updated with your correct current address.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/wt

"EXHIBIT B"

TO: JASON A. SICKLER                                    27 MAY 19
REGIONAL COUNSEL
SOUTH CENTRAL REGIONAL OFFICE - TORT CLAIMS

SUBJECT: ADMIN. TORT CLAIM TRT-SCR-2019-04016 UPDATE

SIR,

YESTERDAY A MR. PITTMAN CAME BY TO INFORM ME THAT MY SHOES (NEW BALANCE) HAD BEEN FOUND AND ARE LOCATED IN THE PROPERTY ROOM NOW. I EXPECT TO GET THEM BACK. THEREFORE, I WOULD LIKE TO WITHDRAW THIS LINE ITEM "SHOES, NEW BALANCE 860" FROM THE CLAIM. (SIZE 15B)

I INQUIRED ABOUT MY DENTAL CROWN AND OTHER ITEMS, HE SAID, "THEY WERE NOT FOUND"

MR. PITTMAN ALSO INTERVIEWED ME AS TO THE CIRCUMSTANCES REGARDING THE DENTAL CROWN. I LET HIM KNOW THAT ON OR ABOUT THE 14th OF MARCH, MY CROWN FELL. I HAD STORED IT IN A CLEAR BOTTLE WITH MY CLIPPERS, TWEEZERS AND TOE CLIPPERS. ON ABOUT 19 MAR 19, I PACKED MY OWN PROPERTY (INCLUDING THESE ITEMS) AND DELIVERED THEM TO THE CO ON DUTY, HE PLACED THEM BEHIND THE MESSAGE CENTER DOOR AND THEN TOOK ME TO THE LOW SHU. THE CO IS WHITE, 6'3" LONG BUSHY BEARD, BALD HEAD.

RESPECTFULLY SUBMITTED,

BRYAN BLACKHEART
(FKA BRYAN SINGER)
17463-104

"EXHIBIT C"



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

**DATE MAILED:**       SEP 0 3 2019

Bryan Singer
Register No. 17463-104
Satellite Prison Camp
P. O. Box 26010
Beaumont, TX 77720

Re:      Administrative Tort Claim No. TRT-SCR-2019-04016

Dear Mr. Singer:

The above-referenced claim has been accepted and considered for administrative settlement under 31 U.S.C. § 3723. This statute provides for the payment of claims which are "caused by the negligence of an officer or employee of the United States Government acting within the scope of employment."

Review of your claim indicates you are seeking compensation in the amount of $2,664.05 for alleged property loss in connection with your placement in the Special Housing Unit (SHU) at the Federal Correctional Institution – Low , Beaumont, Texas (FCI Beaumont - Low) on or about March 19, 2019.

An investigation of your claim revealed you were housed at the FCC Beaumont Satellite Prison Camp (SPC) on March 19, 2019, when you were transferred and placed in SHU at FCI Beaumont Low. Investigative records confirm that much of the property you claim to be missing, including your shoes, legal property, stamps, etc., were maintained with your property at the SPC. Further, medical records confirm that you had possession of the crown you allege is missing after your placement in SHU. Finally, you provided no documentation that would establish you were in possession of any remaining listed items at the time of your placement in SHU.

Based upon the investigation of this matter, there is no indication you sustained a compensable loss of property caused by the negligence of an officer or employee of the United States Government acting within the scope of employment. Therefore, your claim is denied.

You should be aware 31 U.S.C. § 3723 does not provide for judicial review of claim determinations made under that statutory provision. You may, however, request that the BOP reconsider your claim. Your request for reconsideration must be received in writing, to the above address, within three months of the date of this letter. You should include additional evidence of the damage or loss to support your request for reconsideration.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/mtt

"EXHIBIT D"

To: Jason A. Sickler                                                    28SEP19
      Regional Counsel
      S.C.R.O. - Tort Claims

Subject: Reconsideration of Claim TRT-SCR-2019-04016

Sir,

I am requesting reconsideration of the above claim and am submitting new evidence as well as clarification and a new address.

Clarification, no BP-A0383 Inmate Personal Property Record was ever done, to my knowledge, I can confirm my personal property was also never inventoried either. I am unsure of the "invest. I gatue records" to which are refered to in your Sep 03, 2019 Letter, but no inventory was done and I provided proof of purchase for all items except my dental crown.

I sent a follow up letter on May 27, 2019 stating a Mr Pittman located my New Balance shoes and I in fact had them returned, therefore I rescind that line item only and continue to seek the balance of this claim.

I have attached copies of my dental records. I am missing crown #10. I also had a veneer #11 and another crown #19 come off, however it is #10 that was lost due to negligence by BOP employees.

The records show a reinstall of #19 and a denial of #11, both of which I still have. I also provide you with my initial clinical dental findings 8/31/18 which shows all 3 in place.

The additional missing property was purchased again to replace those items claimed.

"Exhibit E" (1)

THIS AMENDED AMOUNT IS $2564.00. I WOULD ALSO ACCEPT BOTH A REPLACEMENT CROWN FOR #10 INSTALLED AT BOP EXPENSE AND A CLAIM BALANCE OF $64.00.

MY NEW ADDRESS IS       FEDERAL   MEDICAL CENTER
                                  PO BOX 15330
                                  FORT WORTH, TX  76119


RESPECTFULLY SUBMITTED


BRYAN SINGER 17463-104

encl

BP A0618  A$0 Dental exam ( 8/31/18)
DENTAL ENCOUNTER      (3/27/19)

"EXHIBIT E" (2)



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

OCT 1 1 2019

**DATE MAILED:**

Bryan Singer
Reg. No. 17463-104
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

      Re:    Administrative Tort Claim No: TRT-SCR-2019-04016

Dear Mr. Singer:

Your correspondence regarding the above-referenced claim was received on October 2, 2019. In your letter, you allege that an inventory of your property was never conducted and that your crown was lost due to staff negligence during your placement in the Special Housing Unit at the Federal Correctional Complex, Beaumont, Texas on March 19, 2019.

By letter dated September 3, 2019, the South Central Regional Office for the Federal Bureau of Prisons informed you of the Agency's denial of your tort claim. Your letter received on October 2, 2019, failed to reveal any basis upon which to impose liability against the Federal Bureau of Prisons in connection with this matter. Accordingly, as the Agency finds no other reason to depart from its previous findings, there is no reason to open your claim for reconsideration at this time. Your tort claim is respectfully denied.

You should consider this letter as the final agency action. As you were previously informed, 31 U.S.C. § 3723 does not provide for judicial review of claim determinations made under that statutory provision.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/tvh

"EXHIBIT F"

## 10. INSTITUTION SUPPLEMENT

All institutions will develop an Institution Supplement describing that institutions procedures regarding inmate personal property.

A copy of the Institution Supplement will be forwarded for approval to the appropriate Regional Director prior to initial issuance or any change.
Each Institution Supplement must cover at least the following areas:

Identification of personal property which the inmate may retain. Inmates will be advised as part of the admission and orientation program what personal property they may keep.

Identification of areas within the institution for property storage. Such storage areas are to be secured, with limited staff access and no access by inmates.

Property storage may not be in offices of the unit team or the correctional supervisor except in temporary emergency situations.

When an inmate leaves on writ or furlough or is placed in SHU status, staff will place the inmates property in a secured storage area without frequent access by staff or inmates.

Establishment of a procedure to ensure a property inventory whenever an inmates status requires such action (for example, admission, placement in special housing, transfer, release). At a minimum, this will include completion of the Inmate Personal Property Record (BP-A0383) for identifying property and documenting valuables, particularly property valued over $100.

Specificity is necessary when completing inventory forms. For example, instead of identifying a package of books as 1 lot books the items should be identified as three hardback legal books and two paperback books.

An exception is allowed for new inmates received in the R&D area and placed in a SHU. Then, R&D staff must inventory the property and forward the property to the SHU officer, who will inspect the property for contraband and not re-inventory it.

Establishment of a procedure to retain the Inmate Personal Property Record for two years in the R&D unit, and, when applicable, in the SHU.

It is suggested that Inmate Personal Property Record forms be kept chronologically, thereby allowing easy identification of those forms over two years old.

Establishment of a procedure to ensure documentation in the Inmate Central File of all major items received through the mail.

prop

**1**

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

"EXHIBIT G"

17463104

Sales Invoice ---S.B.U.---
Miami FDC
MAIN
Account No. 17463104    TF31440
SINGER, BRYAN EVAN
11/21/2018 07:20:49 AM TX#4577850    4

BEGINNING BALANCES:
Available Balance is $119.45
Spending Limit Balance is $113.25
Account Balance is $119.45

| Qty | Description | Price |
|---|---|---|
| 40 | .50 STAMP | $20.00 |
| 1 | JVC SPORT HEADPHO | $12.95 |
| 1 | PORK GRINDS K | $1.30 |
| 1 | PORK GRINDS K | $1.30 |
| 1 | GOYA GUAVA PASTE | $2.15 |
| 1 | GOYA GUAVA PASTE | $2.15 |
| 1 | RED VELET CUPCAKE | $1.10 |
| 1 | V8 JUICE 4-PAK | $4.15 |
| 10 | RAMEN ROAST CHICK | $3.00 |
| 1 | MOZZARELLA CHEESE | $1.30 |
| 1 | MOZZARELLA CHEESE | $1.30 |
| 6 | MINUTE WHITE RICE | $7.50 |
| 2 | CLASP ENVELOPES | $0.40 |
| 1 | SEALING GLASSES | $1.50 |
| 1 | GREY BATH TOWELS | $6.65 |
| 8 | HERSHEYS ALMOND | $7.20 |
| 2 | SNICKERS BAR | $1.80 |
| 1 | ICED OATMEAL COOK | $2.35 |
| 1 | ICED OATMEAL COOK | $2.35 |
| 8 | TWIX CARAMEL | $7.20 |
| 1 | MINCED ONIONS | $1.10 |
| 1 | SWEET & HOT SAUCE | $2.05 |
| 7 | SUMMER SAUSAGE | $12.60 |
| 1 | WAFERS SUGAR FREE | $2.85 |
| 1 | WAFERS SUGAR FREE | $2.85 |
| 3 | HONEY PEPPER TURK | $6.30 |
| 1 | BACON SEASONING | $3.10 |
| 1 | BUTTERSCOTCH CAND | $0.80 |

Total    $119.30

Charge 17463104   $119.30

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.15
Spending Limit Balance is $13.95
Account Balance is $0.15
PIN is 9613

Signature

ALL SALES ARE FINAL

---

BEGINNING BALANCES:
Available Balance is $324.47
Spending Limit Balance is $225.00
Account Balance is $324.47

| Qty | Description | Price |
|---|---|---|
| 20 | .50 STAMP | $10.00 |
| 1 | AAA EVERMAX BATTE | $2.20 |
| 1 | BOWL W/LID | $2.60 |
| 1 | ORANGE CRUSH 12PA | $6.35 |
| 6 | RAMEN ROAST CHICK | $1.80 |
| 1 | CUBAN CRACKERS | $2.00 |
| 6 | MINUTE WHITE RICE | $7.50 |
| 1 | COFFEE-MATE | $2.30 |
| 1 | COFFEE-MATE | $2.30 |
| 1 | SUGAR CUBES | $1.75 |
| 1 | SUGAR CUBES | $1.75 |
| | COLUMBIAN COFFEE | $3.40 |
| 1 | COLUMBIAN COFFEE | $3.40 |
| 1 | COLUMBIAN COFFEE | $3.40 |
| 1 | CINNAMON TOASTERS | $2.30 |
| 1 | HONEY NUT SCOOTER | $2.00 |
| 1 | ICED OATMEAL COOK | $2.35 |
| 1 | ICED OATMEAL COOK | $0.35 |
| 1 | RED OATMEAL | $2.20 |
| 1 | RED OATMEAL | $2.20 |
| 1 | PEANUT BUTTER WAF | $2.50 |
| 1 | PEANUT BUTTER WAF | $2.50 |
| 1 | POP TARTS | $1.75 |
| 1 | POP TARTS | $1.75 |
| 1 | SALTINE CRACKER | $1.80 |
| 1 | HONEY BUN | $2.30 |
| 1 | HONEY BUN | $2.30 |
| 1 | SNACK CRACKER | $2.55 |
| 2 | LEMONADE DRINK MI | $5.30 |
| 1 | STARLITE MINTS | $0.75 |
| 1 | STARLITE MINTS | $0.75 |
| 1 | HOT CHOCOLATE | $2.20 |
| 1 | KETCHUP | $1.75 |
| 1 | SWEET & HOT SAUCE | $2.05 |
| 1 | MINCED ONIONS | $1.10 |
| 1 | GARLIC POWDER | $1.45 |
| 1 | MAYONNAISE 19OZ | $3.05 |
| 7 | SUMMER SAUSAGE | $12.60 |
| 4 | INSTANT MASH POTA | $2.40 |
| 4 | HONEY PEPPER TURK | $8.40 |
| 1 | HAIR FOOD | $2.70 |
| 4 | TWIX CARAMEL | $3.60 |
| 8 | SNICKERS BAR | $7.20 |
| 8 | HERSHEYS ALMOND | $7.20 |
| 1 | TUSSIN COUGH SYRU | $2.15 |
| 1 | HALLS COUGH DROP | $1.65 |
| 1 | COTTON SWABS | $1.30 |
| 1 | TWEEZERS BLUNT TI | $1.15 |
| 1 | LACTAID 32 TABS | $14.20 |

Total    $166.55

Charge 17463104   $166.55

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $157.92
Spending Limit Balance is $85.95
Account Balance is $157.92
PIN is 9613

Signature

ALL SALES ARE FINAL

---

Sales Invoice ---S.B.U.---
Miami KDC
MAIN
Account No. 17463104    TF29152
BLACKHEART, BRYAN
09/21/2018 08:13:42 AM TX#4513868    30

BEGINNING BALANCES:
Available Balance is $343.57
Spending Limit Balance is $160.10
Account Balance is $343.57

| Qty | Description | Price |
|---|---|---|
| 7 | RAMEN ROAST CHICK | $2.10 |
| 1 | ORANGE CRUSH 12PA | $6.35 |
| 1 | FROSTED FLAKES | $2.55 |
| 1 | FROSTED FLAKES | $2.55 |
| 2 | LEMONADE DRINK MI | $2.30 |
| 1 | COFFEE-MATE | $2.30 |
| 1 | COFFEE-MATE | $2.30 |
| 1 | HONEY BUN | $2.30 |
| 1 | HONEY BUN | $2.30 |
| 7 | SNICKERS BAR | $6.30 |
| 1 | SWEET & HOT SAUCE | $2.05 |
| 1 | GARLIC POWDER | $1.45 |
| 1 | CHICKEN OF THE SE | $3.00 |
| 4 | FRESH CATCH TUNA | $6.00 |
| 5 | HOT & SPICY SAUCE | $10.25 |
| 5 | SUMMER SAUSAGE | $9.00 |
| 6 | INSTANT MASH POTA | $9.60 |
| 2 | HONEY PEPPER TURK | $4.20 |
| 1 | CREAM CHEESE (F) | $3.70 |
| 1 | SOY SAUCE | $1.15 |
| 6 | KIT KAT | $5.40 |
| 7 | TWIX CARAMEL | $6.30 |
| 1 | KETCHUP | $1.75 |
| 1 | MUSTARD | $1.10 |
| 1 | JALAPENO WHEELS | $2.00 |
| 1 | STARLITE MINTS | $0.75 |
| 1 | STARLITE MINTS | $0.75 |
| 1 | EMERY BOARDS | $0.90 |
| 1 | EMERY BOARDS | $0.90 |
| 1 | TOE NAIL CLIPPER | $1.05 |
| 1 | AAA EVERMAX BATTE | $2.20 |
| 1 | AA EVERMAX BATTER | $2.20 |
| 1 | COLGATE TOOTHBRUS | $0.95 |
| 3 | SOCKS SO489N (BAG | $3.90 |

Total    $112.10

Charge 17463104   $112.10

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $231.47
Spending Limit Balance is $48.00
Account Balance is $231.47
PIN is 9613

Signature

ALL SALES ARE FINAL

---

"EXHIBIT A" (1)

```
Sales Invoice   ---S.B.U.---
Beaumont FCC
CAMP
Account No. 17463104      TF44453
SINGER  BRYAN EVAN
01/12/2019 11:52:22 AM TX#1586146S    22
----------------------------------------
BEGINNING BALANCES:
Available Balance is $296.10
Spending Limit Balance is $56.65
Account Balance is $296.10
========================================
Qty   Description              Price
========================================
*1 CHIPS, NACHO, CAC          $1.60
 1 DORITOS                    $2.10
 1 A LIBBY TAGS               $1.60
 1 DOVE SOAP                  $3.10
 1 DOVE SOAP                  $1.70
 1 BATH SOYA                  $9.75
 1 TACKER CLAMS, ETE          $1.80
 1 CHICKEN OF THE SE          $1.80
 1 CHICKEN OF THE SE          $1.80
 1 CHICKEN OF THE SE          $2.05
 1 H/P TURKEY SAUSAG          $2.05
 1 H/P TURKEY SAUSAG          $2.05
 1 H/P TURKEY SAUSAG          $2.85
 1 CRUNCHY P.B.,PETE          $1.75
*1 JALAPENO, SLICES           $2.05
 1 EVERYWAY ASIAN S           $6.00
*1 HONEY BUN, JUMBO           $0.30
 1 RAMEN PICANTE CHI          $0.30
 1 RAMEN PICANTE CHI          $1.15
 1 NATURE HEALTH MIX          $9.45
 1 SHOWER SHOES SZ 1          $11.00
 1 FIRST CLASS STAMP

              Total           $64.25

Charge 17463104     $64.25
----------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $231.85
Spending Limit Balance is $5.00
Account Balance is $231.85
----------------------------------------
         Fingerprint Verified

Signature
----------------------------------------
ALL SALES ARE FINAL - NO RETURNS
```

```
Sales Invoice   ---S.B.U.---
Beaumont FCC
CAMP
Account No. 17463104      TF23783
SINGER, BRYAN EVAN
01/08/2019 11:37:27 AM TX#15679892    53
----------------------------------------
BEGINNING BALANCES:
Available Balance is $241.49
Spending Limit Balance is $58.70
Account Balance is $1,841.49
========================================
Qty   Description              Price
========================================
 1 FIRST CLASS STAMP          $10.00
 1 COPY CARD (A)              $4.50
*1 DIET DR. PEPPER            $4.90
*1 DIET DR. PEPPER            $4.90
 1 VENT HAIR BRUSH B          $1.00
 1 SOAP BOX                   $0.65
 1 LORATADINE                 $1.40
 1 LORATADINE                 $1.40
*1 CHIPS, PORK SKINS          $1.60
*1 CHIPS, PORK SKINS          $1.60
*1 CHIPS, NACHO, CAC          $1.60
*1 CHIPS, NACHO, CAC          $1.60
 1 BLUE PEN 2 PK, BI          $1.10
 1 BLUE PEN 2 PK, BI          $1.10
 1 BLUE PEN 2 PK, BI          $1.10
 1 LORATADINE                 $1.40
 1 LORATADINE                 $1.40
*1 FLOUR TORTILLAS L          $2.35
*1 FLOUR TORTILLAS L          $2.35
 1 CRUNCHY P.B.,PETE          $2.85
 1 CREAMER, KEEFE PO          $1.35
 1 CREAMER, KEEFE PO          $1.35
 1 CREAMER, KEEFE PO          $1.35
 1 CREAMER, KEEFE PO          $1.35
 1 HERSHEY'S SPECIAL          $2.65
 1 HERSHEY'S SPECIAL          $2.65
 1 HERSHEY'S SPECIAL          $2.65
 1 HERSHEY'S SPECIAL          $2.65

              Total           $66.80

Charge 17463104     $66.80
----------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $174.69
Spending Limit Balance is $14.20
Account Balance is $1,774.69
----------------------------------------
         Fingerprint Verified

Signature
----------------------------------------
ALL SALES ARE FINAL - NO RETURNS
```

"EXHIBIT H" (2)